■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BENJAMIN ROSADO, Appellant. [830 NYS2d 524]—Judgment, Supreme Court, New York County (Brenda Soloff, J.), rendered on or about January 11, 2005, unanimously affirmed. No opinion. Order filed. Concur—Mazzarelli, J.P., Andrias, Marlow, Buckley and McGuire, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEDRO CRUZ, Appellant. [829 NYS2d 486]—Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered April 20, 2005, convicting defendant, after a jury trial, of robbery in the second degree, and sentencing him, as a persistent violent felony offender, to a term of 18 years to life, unanimously affirmed.

The verdict was not against the weight of the evidence. There is no basis for disturbing the jury's determinations concerning identification and credibility (*see People v Bleakley*, 69 NY2d 490, 495 [1987]). In addition to identification testimony, there was corroborating fingerprint evidence.

Defendant's constitutional challenge to the procedure under which he was sentenced as a persistent violent felony offender is without merit (*see Almendarez-Torres v United States*, 523 US 224 [1998]).

We perceive no basis for reducing the sentence. Concur—Mazzarelli, J.P., Andrias, Marlow, Buckley and McGuire, JJ.